CCA # 13-14-00083-CR

OFFENSE: Evading Arrest

STYLE: Valentin Gaona v. The State of Texas

COUNTY: Nueces

TRIAL COURT: 94th District Court
TRIAL COURT #: 13-CR-2947-C
TRIAL COURT JUDGE: Hon. Bobby Galvan
DISPOSITION: AFFIRMED
DATE: _____
JUSTICE: _____ PC ___ S ____
PUBLISH: _____           DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: FEBRUARY 19, 2015
JUDGE: LONGORIA

CLK RECORD: _____ X _____
RPT RECORD: _____ X _____
STATE BR: _____ X _____
APP BR: _____ X _____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

# IN THE COURT OF CRIMINAL APPEALS

CCA # ___**383-15**___

----------------------

___PRO SE___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
___REFUSED___
DATE: ___08/26/2015___
JUDGE: ___Per Curiam___

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____     DNP: _____

----------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____